No. 22-5745

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED

Mar 21, 2023

DEBORAH S. HUNT, Clerk

```
                                                )
CEDRIC WINSTON O'NEAL,                          )
                                                )
        Petitioner-Appellant,                   )
                                                )        O R D E R
v.                                              )
                                                )
CRAIG HUGHES, Warden,                           )
                                                )
        Respondent-Appellee.                    )
```

Before:  SILER, COLE, and DAVIS, Circuit Judges.


Cedric Winston O'Neal petitions for rehearing en banc of this court's order entered January 31, 2023, denying his application for a certificate of appealability.  The petition was initially referred to this panel, on which the original deciding judge does not sit.  After review of the petition, this panel issued an order announcing its conclusion that the original application was properly denied.  The petition was then circulated to all active members of the court, none of whom requested a vote on the suggestion for an en banc rehearing.  Pursuant to established court procedures, the panel now denies the petition for rehearing en banc.


ENTERED BY ORDER OF THE COURT

_____
Deborah S. Hunt, Clerk